UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-10871

CHILDREN'S ORCHARD, INC.,
    Plaintiff(s),

-v-

CHILDREN'S ORCHARD STORE #202, ET.AL,
    Defendant(s).
_____/

### ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on March 17, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of subject matter jurisdiction and the Plaintiff having filed an amended complaint, therefore;

IT IS ORDERED that the Court's Order to Show Cause for lack of subject matter jurisdiction be and the same is hereby SET ASIDE.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: March 17, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 17, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager